IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD REICHART,
    Plaintiff,
    v. : Case No. 3:14-cv-21-KRG-KAP
JOHN E. WETZEL, Superintendent,
S.C.I. Houtzdale, et al.,
    Defendants

Memorandum Order

Plaintiff's motion at docket no. 13 to alter or amend the judgment was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 9, 2014, docket no. 14, recommending that the motion be denied.

The plaintiff was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to serve and file written objections to the Report and Recommendation. Petitioner filed objections at docket no. 17 and again at docket no. 25.

After de novo review of the record of this matter, the Report and Recommendation, and all the pleadings subsequent thereto, the following order is entered:

AND NOW, this 16th day of October, 2014, it is

ORDERED that the petitioner's motion to alter or amend the judgment, docket no. 13, is denied.

BY THE COURT:

Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Richard Reichart JW-7635
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000